TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Michael Saladino*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Michael Saladino, | Case No.: 2:15-cv-01115-DKD |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL AS TO ALLIED INTERSTATE, LLC, WITH PREJUDICE AND WITHOUT COSTS** |
| Allied Interstate, LLC, | |
| Defendant. | |

1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | The Plaintiff hereby dismisses the within action against Defendant, Allied Interstate, LLC, with prejudice and without costs to either party. |

Respectfully submitted,

Dated:  August 26, 2015

By: /s/ Trinette G. Kent
TRINETTE G. KENT
Kent Law Offices
Attorneys for Plaintiff
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com